**EXIBIT A**
**P.R. 4-3 JOINT CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| 16. A system for inspecting a railroad track bed, including the railroad track, to be mounted on a vehicle for movement along the railroad track, the system comprising: | | | | |
| at least one light generator positioned adjacent the railroad track for projecting a beam of light across the railroad track bed; | | | | |
| at least one optical receiver positioned adjacent the railroad track for receiving at least a portion of the light reflected from the railroad track bed and generating a plurality of images representative of the profile of at least a portion of the railroad track bed; | | | | |

**GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| and at least one processor for analyzing the plurality of images and determining one or more physical characteristics of the said portion of the railroad track bed, the one or more physical characteristics comprising at least a geographic location of the plurality of images along the railroad track bed, | | | | |
| wherein the processor includes an algorithm for detecting a **misaligned** or sunken tie plate of the railroad track bed, the algorithm comprising the steps of: | Misaligned = Plain and ordinary meaning ("POM") or in the alternative, incorrectly or improperly aligned. | See, e.g., '329 abstract; col. 2, lines 26-27; col. 10, lines 12 and 19;<br><br>See also, American Heritage On-line Dictionary of the English Language ("American Heritage"), http://education.yahoo.com/reference/dictionary/entry/misaligned; GREX_CLAIM_EVIDENCE0022 | Claim Term No. 10: "not being aligned with another structure" | http://www.Merriam-Webster.com/dictionary/misaligned (see HOL-001833-1835) |

**GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | | And Dictionary.com http://dictionary.reference.com/browse/misaligned?s=t GREX_CLAIM_EVIDENCE0008 | | |
| (a) **analyzing a frame** of the plurality of images, the frame comprising a **region of interest**; | Analyzing = POM or in the alternative, examining or evaluating. | See, e.g., col. 1, line 54; col. 5, line 6 and line 12; col. 7, line 10, line 27, and line 32; and col. 10, line 2 and line 17.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/analyze GREX_CLAIM_EVIDENCE0017<br><br>And Dictionary.com http://dictionary.reference.com/browse/analyzing?s=t GREX_CLAIM_EVIDENCE0001<br><br>See also, GREX_PICS_000052-55 GREX_PICS_000132-150 GREX_CLAIM_EVIDENCE0025-53 | Claim Term No. 1: "**analyzing a frame**" - this element is governed by 35 U.S.C. § 112(6). The acts corresponding to this element are "averaging or summing X-Y coordinate pixel data within a contour (*i.e.*, vertical) image." | Specification: Col. 2, lines 29-31 Col. 5, lines 31-49, 62-63 Col. 8, lines 17-24 Col. 10, lines 16-19 Col. 11, lines 56-59 Figs. 2 and 3<br><br>File History: March 21, 2007 Office Action, p. 5 April 13, 2009 Office Action, p. 3 September 3, 2009 Notice of Allowance, p. 6 |
| | Region of interest = POM or in the alternative, a space or | See, e.g., item R in FIGS. 4-10; col. 5, line | Claim Term No. 2: "**region of interest**" - "a predefined area within the contour (*i.e.*, | Specification: Col. 8, lines 13-24 Col. 10, lines 12-22 Figs. 4A-4C, 6A-6C, |

3

**GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | area of interest. | 13; col. 8, lines 16-21 and lines 64-65; col. 9, lines 2-4, 15, 36-38; and col. 10, line 2, and 17.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/region GREX_CLAIM_EVIDENCE0024 And Dictionary.com http://dictionary.reference.com/browse/region?&o=100074&s=t GREX_CLAIM_EVIDENCE0014 GREX_CLAIM_EVIDENCE0025 | vertical) image that is located below the top of a rail and above a crosstie" | 7A-7B and 8-10 |
| (b) **determining** whether the region of interest contains a tie plate; | Determining = POM or in the alternative, to conclude, establish, or ascertain. | See, e.g., Abstract, col. 2, lines 19-31; col. 2, line 51 – col. 3, line 6, and FIGS. 4-10; col. 6, line 31; col. 7, line 15; col. 7, lines 22-37; col. 7, lines 55-59; col. 8, line 3; col. 8, lines 13-24; col. 8, line 26; col. 8, lines 37-38; col. 8, lines 41-44; col. 8, line 55; col. 8, line 61; col. 9, | Claim Term No. 3: This element is governed by 35 U.S.C, § 112(6). The acts corresponding to this element are "comparing the average or sum of the X-Y coordinate pixel data within the region of interest to a value derived from averaging or summing X-Y | Specification: Col. 2, lines 29-31 Col. 8, lines 13-24 Col. 11, lines 56-59 Figs. 4A-4C |

4

**GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | | lines 5-10; col. 9, line 27; col. 9, lines 31-41; col. 9, line 53; col. 9, lines 63-64; and col. 10, lines 1, 8, 17 and 20.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/determine GREX_CLAIM_EVIDENCE0021<br><br>And Dictionary.com http://dictionary.reference.com/browse/determining?s=t GREX_CLAIM_EVIDENCE0008<br><br>See also, GREX_CLAIM_EVIDENCE0025-53 | coordinate pixel data within the region of interest when a tie plate is not present." | |
| (c) if a tie plate is present, **determining** a **crosstie contour** and a **tie plate contour**; | Determining = POM or in the alternative, to conclude, establish, or ascertain. | See, e.g., Abstract, col. 2, lines 19-31; col. 2, line 51 – col. 3, line 6, and FIGS. 4-10; col. 6, line 31; col. 7, line 15; col. 7, lines 22-37; col. 7, lines 55-59; col. 8, line 3; col. 8, lines 13- | Claim Term No. 4: "**determining**" - This element is governed by 35 U.S.C. § 112(6). The acts corresponding to this element are: (1) for a cross tie contour – "filtering and image | Specification: Col. 2, lines 29-31 Col. 5, lines 35-41 Col. 7, lines 59-60 Col. 8, lines 14-24 Col. 11, lines 56-59 Figs. 3 and 4A-4C |

5

# GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | Crosstie contour = POM or in the alternative, an outline, an edge, or a line that represents the profile of the crosstie.<br><br>Tie plate contour = POM or in the alternative, an outline, an edge, or a line that represents the profile of the tie plate. | 24; col. 8, line 26; col. 8, lines 37-38; col. 8, lines 41-44; col. 8, line 55; col. 8, line 61; col. 9, lines 5-10; col. 9, line 27; col. 9, lines 31-41; col. 9, line 53; col. 9, lines 63-64; and col. 10, lines 1, 8, 17 and 20.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/determine GREX_CLAIM_EVIDENCE0021<br><br>And Dictionary.com http://dictionary.reference.com/browse/determining?s=t GREX_CLAIM_EVIDENCE0008<br><br>See, e.g., FIGS. 4-10; col. 3, line 47; col. 4, line 44; col. 5, lines 32-49; col. 7, line 60; col. 8, lines 15, 20, 63, and 66; col. 9, lines 11, 14, 15, 23, 36, 37, 55, and 59; | processing of pixel values within a crosstie region of interest that contains a crosstie, spikes and tie plates, to provide a partial contour image consisting of only two pixel values (i.e., dark or light)"; and (2) for a tie plate contour – "filtering and image processing pixel values within a tie plate region of interest to provide a partial contour image consisting of only two pixel values (i.e., dark or light)"<br><br>Claim Term No. 5: "**crosstie contour**" - "a partial filtered contour image derived from the cross tie region of interest and only consisting of two pixel values (i.e., dark and light)" | Specification:<br>Col. 5, lines 35-41<br>Col. 7, lines 59-60<br>Col. 8, lines 14-24<br>Figs. 3 and 4A-4C |

6

# GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | | and col. 10, lines 10, 18, and 20.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/contour<br>GREX_CLAIM_EVIDENCE0020<br><br>And Dictionary.com http://dictionary.reference.com/browse/contour?s=t<br>GREX_CLAIM_EVIDENCE0006<br><br>See also,<br>GREX_CLAIM_EVIDENCE0025-53 | Claim Term No. 6: "**tie plate contour**" - "a partial filtered contour image derived from the tie plate region of interest and only consisting of two pixel values (i.e., dark or light)" | Specification:<br>Col. 5, lines 35-41<br>Col. 10, lines 14-19<br>Figs. 3 and 10 |
| (d) **comparing** an **orientation** of the **crosstie contour** and an **orientation** of the **tie plate contour**; and | Comparing = POM or in the alternative, noting or examining the similarities and differences of.<br><br><br><br><br><br>Orientation = POM or in | See, e.g., col. 9, line 27; and col. 10, line 21.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/compare<br>GREX_CLAIM_EVIDENCE000018<br><br>And Dictionary.com http://dictionary.reference.com/browse/comparing?s=t<br>GREX_CLAIM_EVIDENCE0003 | Claim Term No. 7: "**comparing**" - this element is governed by 35 U.S.C. § 112(f) and is indefinite.<br><br><br><br>Claim Term No. 8: "**orientation**" - this | Specification:<br>Col. 2, lines 29-31<br>Col. 11, lines 56-59, and The lack of any corresponding act(s) being provided by the specification regarding how the comparison is made.<br><br>Specification:<br>The lack of any |

7

**GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | the alternative, the position or location of.<br><br>Tie plate contour = POM or in the alternative, an outline, an edge, or a line that represents the profile of the tie plate. | See, e.g., col. 7, line 51; col. 8, lines 29 and 32; col. 9, line 46; and col. 10, line 21.<br><br>See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/orientation GREX_CLAIM_EVIDENCE0023<br><br>And Dictionary.com http://dictionary.reference.com/browse/orientation?s=t GREX_CLAIM_EVIDENCE0012<br><br>See, e.g., FIGS. 4-10; col. 3, line 47; col. 4, line 44; col. 5, lines 32-49; col. 7, line 60; col. 8, lines 15, 20, 63, and 66; col. 9, lines 11, 14, 15, 23, 36, 37, 55, and 59; and col. 10, lines 10, 18, and 20.<br><br>See also American Heritage, | element, in conjunction with a tie plate, is indefinite.<br><br>*See* Claim Term No. 6 above:<br>"**tie plate contour**" - "a partial filtered contour image derived from the tie plate region of interest and only consisting of two pixel values (i.e., dark or light)" | corresponding explanation being provided by the patent specification regarding what is a tie plate contour orientation and how it is determined.<br><br>Specification:<br>Col. 5, lines 35-41<br>Col. 10, lines 14-19<br>Figs. 3 and 10 |

8

**GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT**

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | | http://education.yahoo.com/reference/dictionary/entry/contour GREX_CLAIM_EVIDENCE0026<br><br>And Dictionary.com http://dictionary.reference.com/browse/contour?s=t GREX_CLAIM_EVIDENCE0006<br><br>See also, GREX_CLAIM_EVIDENCE0025-53 | | |
| (e) **determining** whether the tie plate is **misaligned** or sunken based upon the comparison. | Determining = POM or in the alternative, to conclude, establish, or ascertain. | See, e.g., Abstract, col. 2, lines 19-31; col. 2, line 51 – col. 3, line 6, and FIGS. 4-10; col. 6, line 31; col. 7, line 15; col. 7, lines 22-37; col. 7, lines 55-59; col. 8, line 3; col. 8, lines 13-24; col. 8, line 26; col. 8, lines 37-38; col. 8, lines 41-44; col. 8, line 55; col. 8, line 61; col. 9, lines 5-10; col. 9, line 27; col. 9, lines 31-41; col. 9, line 53; col. 9, lines 63-64; and col. 10, lines 1, 8, 17 and 20. | Claim Term No. 9: This element is governed by 35 U.S.C. §112(f) and is indefinite. | Specification: Col. 2, lines 29-31 Col. 11, lines 56-59, and The lack of any corresponding act(s) being provided by the specification regarding how the determination is made. |

# GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | Misaligned = Plain and ordinary meaning ("POM") or in the alternative, incorrectly or improperly aligned | See also American Heritage, http://education.yahoo.com/reference/dictionary/entry/determine GREX_CLAIM_EVIDENCE0021<br><br>And Dictionary.com http://dictionary.reference.com/browse/determining?s=t GREX_CLAIM_EVIDENCE0008<br><br>See, e.g., '329 abstract; col. 2, lines 26-27; col. 10, lines 12 and 19;<br><br>See also, American Heritage On-line Dictionary of the English Language ("American Heritage"), http://education.yahoo.com/reference/dictionary/entry/misaligned; GREX_CLAIM_EVIDENCE0022<br><br>And Dictionary.com http://dictionary.reference.com/browse/misaligned?s=t GREX_CLAIM_EVIDENCE0008 | Claim Term No. 10: "not being aligned with another structure" | http://www.Merriam-Webster.com/dictionary/misaligned (see HOL-001833-1835) |

10

# GEORGETOWN RAIL'S PRELIMINARY CLAIM CONSTRUCTION CHART FOR THE '329 PATENT

| U.S. Patent No. 7,616,329 Claim Terms | Georgetown Proposed Construction | Georgetown Evidence | Holland Proposed Construction | Holland Evidence |
|---|---|---|---|---|
| | | See also, GREX_CLAIM_EVIDENCE0025-53 | | |