# FINAL VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

## I. PATENT INFRINGEMENT

1. For each of the following products, did Georgetown prove by a preponderance of the evidence that Holland literally infringed claim 16 of the '329 Patent?

Please answer in each cell with a "Y" for "yes" (for Georgetown) or with an "N" for "no" (for Holland).

| Accused Holland System | Literal Infringement? |
|---|---|
| Laser Plate-Cutting System | Y |
| Line Scan System | Y |

If you answered "Yes" for *either* system in Question 1, go to Question 2. If you answered "No" for *both* systems you have finished the form, please do not answer other questions.

## II. WILLFUL PATENT INFRINGEMENT

2. Did Georgetown prove by clear and convincing evidence that Holland's infringement was willful?

☒ Yes   ☐ No

*Please go to Question 3.*

**Complete this Section III (Damages) ONLY if you answered "Yes" to Question 1.**

## III. DAMAGES

3. What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Georgetown for Holland's infringement?

$1,541,333.00

DATED: April 10, 2015

BY: [signature]
JURY FOREPERSON

3:53 pm