# Exhibit 3

**Fees of the Clerk [28 U.S.C. § 1920(1)]**

Lisa Cook
---

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, May 01, 2013 1:31 PM |
| **To:** | Lisa Cook |
| **Subject:** | Pay.gov Payment Confirmation: TXED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: TXED CM ECF
Pay.gov Tracking ID: 25AIS4LQ
Agency Tracking ID: 0540-4119435
Transaction Type: Sale
Transaction Date: May 1, 2013 2:31:15 PM

Account Holder Name: Herbert Yarbrough
Transaction Amount: $400.00
Billing Address: 100 E Ferguson
Billing Address 2: Suite #1015
City: Tyler
State/Province: TX
Zip/Postal Code: 75702
Country: USA
Card Type: MasterCard
Card Number: ███████

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

*Credit Card Charge*    *Pro Hac Vice*
1654    20009.146   *applicating BBB*

# Cathy Pontak

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, April 28, 2014 1:05 PM |
| **To:** | Cathy Pontak |
| **Subject:** | Pay.gov Payment Confirmation: TXED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Karen Beck at (903) 590-1036.

Application Name: TXED CM ECF
Pay.gov Tracking ID: 25FFSAQT
Agency Tracking ID: 0540-4633361
Transaction Type: Sale
Transaction Date: Apr 28, 2014 3:05:11 PM

Account Holder Name: Peter Midgley
Transaction Amount: $100.00
Billing Address: 201 S Main St Ste 1800
City: Salt Lake City
State/Province: UT
Zip/Postal Code: 84111
Country: USA
Card Type: MasterCard
Card Number: ███████████

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Cindi Curtis
___

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Thursday, September 25, 2014 4:16 PM
**To:** Cindi Curtis
**Subject:** Pay.gov Payment Confirmation: TXED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Karen Beck at (903) 590-1036.

Application Name: TXED CM ECF
Pay.gov Tracking ID: 25HNRFGK
Agency Tracking ID: 0540-4855541
Transaction Type: Sale
Transaction Date: Sep 25, 2014 6:15:37 PM

Account Holder Name: Raymond J. Etcheverry Transaction Amount: $100.00 Billing Address: 201 South Main Street
Billing Address 2: Suite 1800
City: Salt Lake City
State/Province: UT
Zip/Postal Code: 84111
Country: USA
Card Type: MasterCard
Card Number: ███████

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# Alvia Brown

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Wednesday, January 14, 2015 2:22 PM
**To:** Patricia Trunnell
**Subject:** Pay.gov Payment Confirmation: TXED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Karen Beck at (903) 590-1036.

Application Name: TXED CM ECF
Pay.gov Tracking ID: 25JARF2K
Agency Tracking ID: 0540-5002954
Transaction Type: Sale
Transaction Date: Jan 14, 2015 4:22:14 PM

Account Holder Name: Rexford A. Johnson
Transaction Amount: $100.00
Billing Address: 201 S. Main Street, Suite 1800
City: Salt Lake City
State/Province: UT
Zip/Postal Code: 84111
Country: USA
Card Type: MasterCard
Card Number:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.