# Exhibit 4

**Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in this Case [28 U.S.C. § 1920 (2)]**

**Lisa Cook**

| | |
|---|---|
| **From:** | tjackson3@gt.rr.com |
| **Sent:** | Tuesday, November 12, 2013 11:52 AM |
| **To:** | Lisa Cook |
| **Subject:** | 6:13CV366 |

Lisa,

This cost for a copy of the Preliminary Injunction hearing transcript is $59.40.

Please send payment to TONYA JACKSON, 300 WILLOW, SUITE 239, BEAUMONT TX 77701. As soon as payment is received, I will email the transcript to you.

PLEASE CONFIRM RECEIPT OF THIS EMAIL.

Regards,

Tonya Jackson, RPR-CRR
409.654.2833



YARBROUGH - WILCOX, PLLC Attorneys and Counselors / Operating Account    2560

Tonya Jackson, RPR-CRR    11/12/2013

Georgetown Rail v. Holland LP - 10/4/13 Preliminary Injunction    59.40
Hearing Transcript

Southside - Operating    Case No. 6:13-cv-366    59.40

623137 (2/12)    017851    Rev 11/11

1

 **ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ107324

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| Invoice Date | 05/06/2014 |
| Terms | NET 30 |
| Payment Due | 06/05/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/23/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 125539 | 05/05/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/23/2014, STEFAN PENDRICK (CHICAGO, IL) | |
|    ORIGINAL TRANSCRIPT PACKAGE | $ 357.60 |
|    EXHIBITS | $ 24.50 |
|    APPEARANCE FEE MINIMUM | $ 110.00 |
|    HANDLING FEE | $ 30.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 567.10 |
| Services Provided on 04/23/2014, SCOTT WILCZEWSKI (CHICAGO, IL) | |
|    ORIGINAL TRANSCRIPT PACKAGE | $ 282.00 |
|    EXHIBITS | $ 24.50 |
|    APPEARANCE FEE MINIMUM | $ 110.00 |
|    HANDLING FEE | $ 30.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 491.50 |

*CONTINUED ON NEXT PAGE ...*

-------------------------------------------------------------------

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA MasterCard DISCOVER AMERICAN EXPRESS

**ESQUIRE**

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| Invoice #: | ESQ107324 |
| Payment Due: | 06/05/2014 |

**Amount Due On/Before 06/20/2014**    **$ 1,098.99**

Amount Due After 06/20/2014    $ 1,208.89

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000107324 05062014 6 000109899 5 06052014 06202014 5 000120889 18

 ESQUIRE

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ107324

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| Invoice Date | 05/06/2014 |
| Terms | NET 30 |
| Payment Due | 06/05/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/23/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 125539 | 05/05/2014 | FED EX |

| Description | Amount |
|---|---|
| DELIVERY | $ 40.39 |
| | $ 40.39 |

MATTER NUMBER: 20009.146
- PLT./ PARSONS BEHLE & LATIMER - BOISE

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/20/2014** | **$ 1,098.99** |
| Amount Due After 06/20/2014 | $ 1,208.89 |

------------------------------------------------------------------

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

Tax Number: 45-3463120

 VISA  DISCOVER

**ESQUIRE**
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ107324 |
| Payment Due: | 06/05/2014 |
| **Amount Due On/Before 06/20/2014** | **$ 1,098.99** |
| Amount Due After 06/20/2014 | $ 1,208.89 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000107324 05062014 6 000109899 5 06052014 06202014 5 000120889 18

 **ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

## Invoice # ESQ109123

| | |
|---|---|
| **Invoice Date** | 05/09/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 06/08/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/22/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 125546 | 05/02/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 04/22/2014, DANIEL OTTO (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 932.40 |
| EXHIBITS | $ 92.70 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 165.00 |
| HANDLING FEE | $ 30.00 |
| ROUGH ASCII | $ 388.50 |
| | $ 1,718.60 |

MATTER NUMBER: 20009.146
EMAILED - PLTJ PARSONS BEHLE & LATIMER - BOISE

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/23/2014** | **$ 1,718.60** |
| Amount Due After 06/23/2014 | $ 1,890.46 |

-----------------------------------------------------------------

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  DISCOVER  AMERICAN EXPRESS



**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ109123 |
| Payment Due: | 06/08/2014 |
| **Amount Due On/Before 06/23/2014** | **$ 1,718.60** |
| Amount Due After 06/23/2014 | $ 1,890.46 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000109123 05092014 5 000171860 1 06082014 06232014 3 000189046 46

 **ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number:   45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ112912

| | |
|---|---|
| Invoice Date | 05/15/2014 |
| Terms | NET 30 |
| Payment Due | 06/14/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/30/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 128699 | 05/14/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/30/2014, ROBERT MADDEROM (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 1,393.20 |
| EXHIBITS | $ 165.00 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 275.00 |
| HANDLING FEE | $ 30.00 |
| ROUGH ASCII | $ 570.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 2,588.70 |
| DELIVERY | $ 59.86 |
| | $ 59.86 |

*MATTER NUMBER: 20009.146*
*- PLT./ PARSONS BEHLE & LATIMER - BOISE*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/29/2014** | **$ 2,648.56** |
| Amount Due After 06/29/2014 | $ 2,913.42 |

------------------------------------------------------------

Tax Number:   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

 **ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ112912 |
| Payment Due: | 06/14/2014 |
| **Amount Due On/Before 06/29/2014** | **$ 2,648.56** |
| Amount Due After 06/29/2014 | $ 2,913.42 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000112912 05152014 9 000264856 5 06142014 06292014 6 000291342 00

 ESQUIRE

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

### Invoice # ESQ112919

| | |
|---|---|
| Invoice Date | 05/15/2014 |
| Terms | NET 30 |
| Payment Due | 06/14/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/01/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 128701 | 05/14/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 05/01/2014, ROBERT MADDEROM (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 1,249.20 |
| EXHIBITS | $ 129.40 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 275.00 |
| HANDLING FEE | $ 30.00 |
| ROUGH ASCII | $ 514.50 |
| | $ 2,308.10 |

MATTER NUMBER: 20009.146
EMAILED - PLT./ PARSONS BEHLE & LATIMER - BOISE

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/29/2014** | **$ 2,308.10** |
| Amount Due After 06/29/2014 | $ 2,538.91 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA   DISCOVER   AMERICAN EXPRESS


ESQUIRE
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ112919 |
| Payment Due: | 06/14/2014 |
| **Amount Due On/Before 06/29/2014** | **$ 2,308.10** |
| Amount Due After 06/29/2014 | $ 2,538.91 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000112919 05152014 5 000230810 5 06142014 06292014 6 000253891 09

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 289992 | 6/2/2014 | 183847 |
| **Job Date** | **Case No.** | |
| 5/15/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID  83706

1 COPY OF TRANSCRIPT OF:
    Greg Grissom (Confidential - AEO)                                                    510.14

                   **TOTAL DUE  >>>**       **$510.14**
                   AFTER 7/2/2014 PAY        $540.75

Thank you. We appreciate your business.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID  83706

Job No.      : 183847          BU ID      :AUS-DT-R
Case No.   : 6:13-CV-366
Case Name : Georgetown Rail Equipment Company v.
               Holland LP

Invoice No.  : 289992          Invoice Date  :6/2/2014
**Total Due  : $ 510.14**
AFTER 7/2/2014 PAY  $540.75

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **DepoTexas, Inc.**
         **13101 Northwest Freeway, Suite 210**
         **Houston, TX  77040**

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752  Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291199 | 6/12/2014 | 183521 |

| Job Date | Case No. | |
|---|---|---|
| 6/2/2014 | 6:13-CV-366 | |

| Case Name | | |
|---|---|---|
| Georgetown Rail Equipment Company v. Holland LP | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID 83706

1 COPY OF TRANSCRIPT OF:
   Greg Grissom, Georgetown Rail 30(b)(6) - CONFIDENTIAL                    672.91

                                          **TOTAL DUE >>>**        **$672.91**
                                          AFTER 7/12/2014  PAY        $713.28

Thank you. We appreciate your business.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID 83706

Job No.     : 183521          BU ID      : AUS-DT-R
Case No.    : 6:13-CV-366
Case Name : Georgetown Rail Equipment Company v.
                  Holland LP

Invoice No. : 291199          Invoice Date : 6/12/2014
**Total Due  : $ 672.91**
AFTER 7/12/2014 PAY  $713.28

Remit To: **DepoTexas, Inc.**
                 **13101 Northwest Freeway, Suite 210**
                 **Houston, TX  77040**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291649 | 6/18/2014 | 185495 |
| **Job Date** | **Case No.** | |
| 6/4/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

1 COPY OF TRANSCRIPT OF:
   John Kainer, Georgetown Rail 30(b)(6) - Vol. 6 (CONFIDENTIAL)       211.50

TOTAL DUE >>>    **$211.50**
AFTER 7/18/2014 PAY    $224.19

Thank you. We appreciate your business.

**Tax ID: 46-4363191**

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Job No.   : 185495      BU ID   : AUS-DT-R
Case No.  : 6:13-CV-366
Case Name : Georgetown Rail Equipment Company v.
           Holland LP

Invoice No. : 291649      Invoice Date :6/18/2014
**Total Due : $ 211.50**
AFTER 7/18/2014 PAY $224.19

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **DepoTexas, Inc.**
         **13101 Northwest Freeway, Suite 210**
         **Houston, TX 77040**

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752 Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291642 | 6/18/2014 | 185406 |
| **Job Date** | **Case No.** | |
| 6/3/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

1 COPY OF TRANSCRIPT OF:
    John Kainer, Georgetown Rail 30(b)(6) - Vol. 5 (CONFIDENTIAL)         199.50

                                                         **TOTAL DUE >>>**    **$199.50**
                                                         AFTER 7/18/2014  PAY    $211.47

Thank you. We appreciate your business.

                                               **(-) Payments/Credits:**    0.00
                                               **(+) Finance Charges/Debits:**    0.00
                                               **(=) New Balance:**    **$199.50**

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

| | | |
|---|---|---|
| Invoice No. | : | 291642 |
| Invoice Date | : | 6/18/2014 |
| **Total Due** | : | **$ 199.50** |

Remit To: **DepoTexas, Inc.**
            **13101 Northwest Freeway, Suite 210**
            **Houston, TX 77040**

| | | |
|---|---|---|
| Job No. | : | 185406 |
| BU ID | : | AUS-DT-R |
| Case No. | : | 6:13-CV-366 |
| Case Name | : | Georgetown Rail Equipment Company v. Holland LP |

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291638 | 6/18/2014 | 185404 |
| **Job Date** | **Case No.** | |
| 6/3/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID  83702

---

1 COPY OF TRANSCRIPT OF:
    Joan Maier, Georgetown Rail 30(b)(6) - Vol. 3 (CONFIDENTIAL)    195.00

**TOTAL DUE >>>**  **$195.00**
AFTER 7/18/2014 PAY  $206.70

Thank you. We appreciate your business.

---

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID  83702

Job No.    : 185404      BU ID    : AUS-DT-R
Case No.   : 6:13-CV-366
Case Name : Georgetown Rail Equipment Company v.
             Holland LP

Invoice No. : 291638        Invoice Date : 6/18/2014
**Total Due  : $ 195.00**
AFTER 7/18/2014 PAY $206.70

| **PAYMENT WITH CREDIT CARD**  AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:          Phone#: |
| Billing Address: |
| Zip:      Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To: **DepoTexas, Inc.**
         **13101 Northwest Freeway, Suite 210**
         **Houston, TX  77040**

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291646 | 6/18/2014 | 183522 |
| **Job Date** | **Case No.** | |
| 6/3/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

---

1 COPY OF TRANSCRIPT OF:

Charles Wayne Aaron, Georgetown Rail 30(b)(6) - Vol. 2
(CONFIDENTIAL)

240.00

**TOTAL DUE >>>**  **$240.00**
AFTER 7/18/2014 PAY  $254.40

Thank you. We appreciate your business.

---

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Job No.    : 183522          BU ID    : AUS-DT-R
Case No.   : 6:13-CV-366
Case Name  : Georgetown Rail Equipment Company v.
             Holland LP

Invoice No. : 291646          Invoice Date : 6/18/2014
**Total Due  : $ 240.00**
AFTER 7/18/2014 PAY $254.40

Remit To: **DepoTexas, Inc.**
          **13101 Northwest Freeway, Suite 210**
          **Houston, TX 77040**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

DepoTexas – Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291640 | 6/18/2014 | 185405 |
| **Job Date** | **Case No.** | |
| 6/3/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

1 COPY OF TRANSCRIPT OF:

William Shell, Georgetown Rail 30(b)(6) - Vol. 4 (CONFIDENTIAL)                                    190.50

TOTAL DUE >>>        **$190.50**
AFTER 7/18/2014 PAY        $201.93

Thank you. We appreciate your business.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Job No.      : 185405          BU ID       : AUS-DT-R
Case No.      : 6:13-CV-366
Case Name  : Georgetown Rail Equipment Company v.
                     Holland LP

Invoice No. : 291640          Invoice Date  :6/18/2014
**Total Due  : $ 190.50**
AFTER 7/18/2014 PAY $201.93

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **DepoTexas, Inc.**
                **13101 Northwest Freeway, Suite 210**
                **Houston, TX  77040**

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291648 | 6/18/2014 | 183586 |
| **Job Date** | **Case No.** | |
| 6/4/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

1 COPY OF TRANSCRIPT OF:
    Chris Villar - CONFIDENTIAL                                   390.75

            **TOTAL DUE >>>**         **$390.75**
            AFTER 7/18/2014  PAY       $414.20

Thank you. We appreciate your business.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Job No.    : 183586        BU ID      : AUS-DT-R
Case No.   : 6:13-CV-366
Case Name : Georgetown Rail Equipment Company v.
              Holland LP

Invoice No. : 291648      Invoice Date : 6/18/2014
**Total Due : $ 390.75**
AFTER 7/18/2014 PAY  $414.20

Remit To: **DepoTexas, Inc.**
             **13101 Northwest Freeway, Suite 210**
             **Houston, TX  77040**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:            Phone#: | |
| Billing Address: | |
| Zip:       Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX  78752
Phone:512-478-2752  Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291644 | 6/18/2014 | 183514 |
| **Job Date** | **Case No.** | |
| 6/3/2014 | 6:13-CV-366 | |
| | **Case Name** | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID  83702

1 COPY OF TRANSCRIPT OF:
    Lynn Turner - CONFIDENTIAL                                                  235.95

                             **TOTAL DUE >>>**      **$235.95**
                             AFTER 7/18/2014  PAY      $250.11

Thank you. We appreciate your business.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID  83702

Job No.    : 183514        BU ID    : AUS-DT-R
Case No.   : 6:13-CV-366
Case Name : Georgetown Rail Equipment Company v.
               Holland LP

Invoice No. : 291644       Invoice Date : 6/18/2014
**Total Due  : $ 235.95**
AFTER 7/18/2014 PAY  $250.11

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **DepoTexas, Inc.**
        **13101 Northwest Freeway, Suite 210**
        **Houston, TX  77040**

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 292886 | 7/1/2014 | 186844 |
| **Job Date** | **Case No.** | |
| 6/23/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

1 COPY OF TRANSCRIPT OF:
   John Nagle - Confidential                                                                297.20

                                        **TOTAL DUE  >>>**      **$297.20**
                                          AFTER 7/31/2014 PAY      $315.03

Thank you. We appreciate your business.

Tax ID: 46-4363191

---

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Job No.      : 186844          BU ID        : AUS-DT-R

Case No.     : 6:13-CV-366

Case Name  : Georgetown Rail Equipment Company v.
               Holland LP

Invoice No. : 292886          Invoice Date  : 7/1/2014

**Total Due  : $ 297.20**
AFTER 7/31/2014 PAY  $315.03

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **DepoTexas, Inc.**
         **13101 Northwest Freeway, Suite 210**
        **Houston, TX  77040**

 **ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


# ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ151162

CHRISTOPHER CUNEO ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| **Invoice Date** | 07/26/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 08/25/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | MATTER# 20009.146 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/09/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 166616 | 07/22/2014 | E-MAIL |

| Description | Amount |
|---|---|
| Services Provided on 07/09/2014, ROBERT MADDEROM (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 504.00 |
| EXHIBITS | $ 82.10 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 55.00 |
| HANDLING FEE | $ 30.00 |
| | $ 781.10 |



*MATTER NUMBER: 20009.146*
*EMAILED - PLT./ PARSONS BEHLE & LATIMER - BOISE*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/09/2014** | **$ 781.10** |
| Amount Due After 09/09/2014 | $ 859.21 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ151162 |
| Payment Due: | 08/25/2014 |
| **Amount Due On/Before 09/09/2014** | **$ 781.10** |
| Amount Due After 09/09/2014 | $ 859.21 |


# ESQUIRE
SOLUTIONS

CHRISTOPHER CUNEO ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000151162 07262014 2 000078110 8 08252014 09092014 9 000085921 27

 ESQUIRE

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ157527

| Invoice Date | 08/07/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 09/06/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | MATTER# 20009.146 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/24/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 173253 | 08/05/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 07/24/2014, MICHAEL FLAHERTY (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 735.60 |
| EXHIBITS | $ 47.00 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| APPEARANCE FEE ADDITIONAL HOURS | $ 55.00 |
| HANDLING FEE | $ 30.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 1,022.60 |
| Services Provided on 07/24/2014, JORDAN WOLF (CHICAGO, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 307.20 |
| EXHIBITS | $ 8.00 |
| APPEARANCE FEE MINIMUM | $ 110.00 |
| HANDLING FEE | $ 30.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 500.20 |

*CONTINUED ON NEXT PAGE ...*

---

**Tax Number:** 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

ESQUIRE
S O L U T I O N S

| | |
|---|---|
| Invoice #: | ESQ157527 |
| Payment Due: | 09/06/2014 |
| **Amount Due On/Before 09/21/2014** | **$ 1,571.74** |
| Amount Due After 09/21/2014 | $ 1,728.91 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000157527 08072014 1 000157174 4 09062014 09212014 9 000172891 26



**ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## *Invoice # ESQ157527*

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| **Invoice Date** | 08/07/2014 |
| **Terms** | NET 30 |
| **Payment Due** | 09/06/2014 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | MATTER# 20009.146 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/24/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 173253 | 08/05/2014 | FED EX |

| Description | Amount |
|---|---|
| DELIVERY | $ 48.94 |
| | $ 48.94 |

MATTER NUMBER: 20009.146
- PLT./ PARSONS BEHLE & LATIMER - BOISE

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/21/2014** | **$ 1,571.74** |
| Amount Due After 09/21/2014 | $ 1,728.91 |

------------------------------------------------------------------------------

**Tax Number:** 45-3463120



**ESQUIRE**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  DISCOVER  AMERICAN EXPRESS

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| Invoice #: | ESQ157527 |
| Payment Due: | 09/06/2014 |
| **Amount Due On/Before 09/21/2014** | **$ 1,571.74** |
| Amount Due After 09/21/2014 | $ 1,728.91 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000157527 08072014 1 000157174 4 09062014 09212014 9 000172891 26

# INVOICE

DepoTexas - Austin
1016 La Posada, Suite 294
Austin, TX 78752
Phone:512-478-2752  Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 299141 | 9/3/2014 | 191532 |
| **Job Date** | **Case No.** | |
| 8/21/2014 | 6:13-CV-366 | |
| **Case Name** | | |
| Georgetown Rail Equipment Company v. Holland LP | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

1 COPY OF TRANSCRIPT OF:
   Alan C. Bovik (Confidential)                                       883.10

                                  TOTAL DUE  >>>            **$883.10**
                                  AFTER 10/3/2014  PAY        $936.09

Thank you. We appreciate your business.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons, Behle & Latimer
800 West Main Street, Suite 1300
Boise, ID 83702

Job No.      : 191532              BU ID      : AUS-DT-R
Case No.     : 6:13-CV-366
Case Name    : Georgetown Rail Equipment Company v.
               Holland LP

Invoice No.  : 299141             Invoice Date : 9/3/2014
**Total Due  : $ 883.10**
AFTER 10/3/2014 PAY $936.09

| **PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To: **DepoTexas, Inc.**
          **13101 Northwest Freeway, Suite 210**
          **Houston, TX  77040**

# INVOICE

Nell McCallum & Associates, Inc.
2615 Calder Avenue, Suite 111
Beaumont TX  77702
Phone:409-838-0333   Fax:409-832-4501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 207114*** | 9/5/2014 | 63821 |

| Job Date | Case No. | |
|---|---|---|
| 8/27/2014 | 6:13-CV-366 | |

| Case Name | | |
|---|---|---|
| Georgetown Rail Equipment Co. vs Holland L.P. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Christopher Cuneo
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise ID  83702

1 COPY OF TRANSCRIPT OF:
    Harley R. Myler (Confidential)            1,057.63

**TOTAL DUE  >>>**    **$1,057.63**

Thank you. We appreciate your business.

**Tax ID:** 74-1989109

*Please detach bottom portion and return with payment.*

Christopher Cuneo
Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise ID  83702

Job No.     :   63821         BU ID      : Bmt-Dep

Case No.    :   6:13-CV-366

Case Name :   Georgetown Rail Equipment Co. vs Holland L.P.

Invoice No.   :   207114***     Invoice Date : 9/5/2014

**Total Due   : $ 1,057.63**

Remit To:  **Nell McCallum & Associates, Inc.**
            **2615 Calder Avenue, Suite 111**
            **Beaumont TX  77702**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

 **ESQUIRE**
Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:  45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009



CHRISTOPHER CUNEO ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

## *Invoice # ESQ177070*

| Invoice Date | 09/14/2014 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/14/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/04/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 190102 | 09/13/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/04/2014, JOHN MARTENS (SCHAUMBURG, IL) | |
| ORIGINAL TRANSCRIPT PACKAGE | $ 1,177.50 |
| APPEARANCE FEE HOURLY | $ 275.00 |
| HANDLING FEE | $ 30.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 1,527.50 |
| DELIVERY | $ 31.99 |
| | $ 31.99 |




RECEIVED
SEP 2 2 2014
PARSONS BEHLE & LATIMER
MAILROOM

*MATTER NUMBER: 20009.146*
*6 Day Expedite - PLT./ PARSONS BEHLE & LATIMER - BOISE*

| | | |
|---|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/29/2014** | **$ 1,559.49** |
| Amount Due After 10/29/2014 | $ 1,715.44 |

---

Tax Number:  45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

**ESQUIRE**
S O L U T I O N S

| Invoice #: | ESQ177070 |
|---|---|
| Payment Due: | 10/14/2014 |
| **Amount Due On/Before 10/29/2014** | **$ 1,559.49** |
| Amount Due After 10/29/2014 | $ 1,715.44 |

CHRISTOPHER CUNEO ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

212 0000177070 09142014 2 000155949 7 10142014 10292014 8 000171544 61

 ESQUIRE

Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## *Invoice # ESQ179257*

| | |
|---|---|
| Invoice Date | 09/17/2014 |
| Terms | NET 30 |
| Payment Due | 10/17/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/02/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 190513 | 09/16/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/02/2014, KEITH UGONE (DALLAS, TX) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 338.08 |
|    EXHIBITS | $ 109.50 |
|    HANDLING FEE | $ 45.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| | $ 527.58 |
|    DELIVERY | $ 33.57 |
| | $ 33.57 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/01/2014** | **$ 561.15** |
| Amount Due After 11/01/2014 | $ 617.27 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA · MasterCard · DISCOVER · AMERICAN EXPRESS

ESQUIRE
SOLUTIONS

| | |
|---|---|
| Invoice #: | ESQ179257 |
| Payment Due: | 10/17/2014 |
| **Amount Due On/Before 11/01/2014** | **$ 561.15** |
| Amount Due After 11/01/2014 | $ 617.27 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

193 0000179257 09172014 4 000056115 6 10172014 11012014 9 000061727 99

 **ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



## ESQUIRE
SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number: 45-3463120**
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ179080

CHRISTOPHER CUNEO ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| Invoice Date | 09/17/2014 |
| Terms | NET 30 |
| Payment Due | 10/17/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/03/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 190100 | 09/11/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/03/2014, JOHN MARTENS (SCHAUMBURG, IL) | |
|    ORIGINAL TRANSCRIPT PACKAGE | $ 2,173.33 |
|    EXHIBITS | $ 68.50 |
|    APPEARANCE FEE MINIMUM | $ 110.00 |
|    APPEARANCE FEE ADDITIONAL HOURS | $ 330.00 |
|    APPEARANCE FEE AFTER HOUR ADDITIONAL HOUR | $ 41.25 |
|    HANDLING FEE | $ 30.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 45.00 |
| | $ 2,798.08 |
| | |
|    DELIVERY | $ 39.86 |
| | $ 39.86 |

*MATTER NUMBER: 20009.146*
*- PLT./ PARSONS BEHLE & LATIMER - BOISE*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/01/2014** | **$ 2,837.94** |
| Amount Due After 11/01/2014 | $ 3,121.73 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA MasterCard DISCOVER AMERICAN EXPRESS



## ESQUIRE
Solutions

CHRISTOPHER CUNEO ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

| | |
|---|---|
| Invoice #: | ESQ179080 |
| Payment Due: | 10/17/2014 |
| **Amount Due On/Before 11/01/2014** | **$ 2,837.94** |
| Amount Due After 11/01/2014 | $ 3,121.73 |

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

212 0000179080 09172014 6 000283794 7 10172014 11012014 9 000312173 59

 **ESQUIRE**

Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
S O L U T I O N S

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

### Invoice # ESQ180790

| | |
|---|---|
| Invoice Date | 09/20/2014 |
| Terms | NET 30 |
| Payment Due | 10/20/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/03/2014 | GEORGETOWN RAIL EQUIPMENT VS. HOLLAND | 190106 | 09/18/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/03/2014, DANIEL JACKSON (DALLAS, TX) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 1,356.90 |
| EXHIBITS | $ 115.50 |
| HANDLING FEE | $ 45.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| READ AND SIGN PROCUREMENT | $ 20.00 |
| | $ 1,572.40 |
| | |
| DELIVERY | $ 38.26 |
| | $ 38.26 |

*MATTER NUMBER: 20009.146*
*- PLTJ PARSONS BEHLE & LATIMER - BOISE*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 11/04/2014** | | **$ 1,610.66** |
| Amount Due After 11/04/2014 | | $ 1,771.73 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tax Number: 45-3463120



Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

**ESQUIRE**
S O L U T I O N S

VISA  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ180790 |
| Payment Due: | 10/20/2014 |
| **Amount Due On/Before 11/04/2014** | **$ 1,610.66** |
| Amount Due After 11/04/2014 | $ 1,771.73 |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC - BOISE
SUITE 130
800 WEST MAIN STREET
BOISE, ID 83702

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

212 0000180790 09202014 3 000161066 8 10202014 11042014 5 000177173 61

BRENDA HIGHTOWER BUTLER, CSR
P. O. BOX 690
BULLARD, TEXAS  75757
903.736.0539
Tax I.D. No. 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


Date:  November 7, 2014

To:  Mr. Dana Herberholz                    Invoice No. 2014-103011
     Parsons Behle & Latimer
     800 West Main
     Suite 1300
     Boise, Idaho  83702
     dherberholz@parsonsbehle.com


Re:  Georgetown vs. Holland – Case No. 6:13-cv-366


One-half transcript fee for Pretrial Conference Hearing in the above-
referenced cause held on October 30, 2014 before Judge Love, Eastern
District, Tyler – 64 pages


                    TOTAL DUE UPON RECEIPT          $230.40


Thank you.

## Brenda Hightower Butler, CSR
Official Court Reporter
United States District Court
Eastern District of Texas
Texarkana Division
500 North State Line Avenue
Third Floor
Texarkana, Texas  75501
Phone: 903-794-4067
Brenda_Butler@txed.uscourts.gov

BILL TO:

Mr. Dana Herberholz
Parson, Behle & Latimer
800 West Main
Suite 1300
Boise, Idaho  83702
dherberholz@parsonsbehle.com
jfinfrock@parsonsbehle.com

IN RE:
6:13-CV-366:  Georgetown Rail Equipment Company v. Holland, L.P.,
before United States District Judge Robert W. Schroeder III


Plaintiff's Portion of Bill for 5-Day Daily Copy/Real-time Trial
(This bill is an estimate.  If there is any unused portion, it
will be returned to you after the filing of the final transcript.)          $ 13,212.50

# INVOICE DUE BY <u>APRIL 1, 2015</u>


TOTAL DUE:          $ 13,212.50

**Brenda Hightower Butler, CSR**
Official Court Reporter
United States District Court
Eastern District of Texas
Texarkana Division
500 North State Line Avenue
Third Floor
Texarkana, Texas 75501
Phone: 903-794-1018
Brenda_Butler@txed.uscourts.gov


REIMBURSEMENT TO:

Mr. Dana Herberholz
Parsons, Behle & Latimer
800 West Main
Suite 1300
Boise, Idaho 83702
dherberholz@parsonsbehle.com
jfinfrock@parsonsbehle.com

IN RE:

Case No. 6:13-cv-366: Georgetown Rail Equipment Company v.
Holland, L.P., before United States District Judge Robert W.
Schroeder III

Plaintiff's reimbursement for overestimated cost of daily copy/real-time
trial – 484 pages unused – held April 6-10, 2015.


TOTAL AMOUNT REFUNDED:                    $ 3,614.12


# PLEASE MAKE THIS ADJUSTMENT TO ANY 1099 SENT AT YEAR END

**BRENDA HIGHTOWER BUTLER**
SPECIAL ACCOUNT
PO BOX 690   903-736-0539
BULLARD, TX 75757

108

88-2360/1119

4-20-15

Date

Pay to the
Order of _Parsons Bible & Latimer_ | $ 3614.12

_Fitzpatrick Brill Carter + '12_ _____ Dollars

Security
Features
Details on
Back

**SOUTHSIDE BANK**
Member FDIC
southside.com
6:13-cv-366

For _Reimb. for Overpayment_

_Conservatorship_

Redacted

## Brenda Hightower Butler, CSR
Official Court Reporter
United States District Court
Eastern District of Texas
Texarkana Division
500 North State Line Avenue
Third Floor
Texarkana, Texas 75501
Phone: 903-794-4067
Brenda_Butler@txed.uscourts.gov

BILL TO:

Mr. Dana Herberholz
Parson, Behle & Latimer
800 West Main
Suite 1300
Boise, Idaho 83702
dherberholz@parsonsbehle.com
jfinfrock@parsonsbehle.com

IN RE:
6:13-CV-366: Georgetown Rail Equipment Company v. Holland, L.P.,
before United States District Judge Robert W. Schroeder III

Transcript of Pretrial Conference held in Plano, Texas, on April 2, 2015
(67 pages)                                                    $ 193.63


                    TOTAL DUE UPON RECEIPT          $ 193.63