# Exhibit 5

# Fees and Disbursements for printing and witnesses [28 U.S.C. § 1920(3)]



| | | 220 E. GRANDE BLVD |
|---|---|---|
| | | TYLER, TX 75703 |
| | | TELEPHONE (903) 509-1166 • FAX (903) 509-1167 |
| | | **RESERVATIONS** |
| | | www.hilton.com or 1 800 HILTONS |



NAME & ADDRESS

TURNER, LYNN

| | |
|---|---|
| ROOM | 134/Q2RZ |
| ARRIVAL DATE | 4/7/2015  12:23:00PM |
| DEPARTURE DATE | 4/9/2015  9:40:00AM |
| ADULT/CHILD | 1/0 |
| ROOM RATE | $199.00 |
| RATE PLAN | LV2 |
| Hhonors # | |
| AL: | UA  #LT310491 |

CONFIRMATION NUMBER : 3170853274

4/29/2015     PAGE     1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/7/2015 | GUEST ROOM | TBORENS | 685509 | $199.00 | | |
| 4/7/2015 | RM - STATE TAX | TBORENS | 685509 | $11.94 | | |
| 4/7/2015 | RM - CITY TAX | TBORENS | 685509 | $13.93 | | |
| 4/7/2015 | OCCUPANCY TAX | TBORENS | 685509 | $3.98 | | |
| 4/8/2015 | GUEST ROOM | TBORENS | 685905 | $199.00 | | |
| 4/8/2015 | RM - STATE TAX | TBORENS | 685905 | $11.94 | | |
| 4/8/2015 | RM - CITY TAX | TBORENS | 685905 | $13.93 | | |
| 4/6/2015 | OCCUPANCY TAX | TBORENS | 685905 | $3.98 | | |
| 4/9/2015 | AX *1024 | BOBBIECR | 686086 | | $457.70 | |
| | BALANCE | | | | | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 4/7/2015 | 4/8/2015 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $228.85 | $228.85 | $457.70 |
| DAILY TOTAL | $228.85 | $228.85 | $457.70 |

F O L I O

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| AX *1024 | | 04/07/15  4:05:00PM | 182652 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| TURNER, LYNN | | 101476 | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
**PAYMENT DUE UPON RECEIPT**





220 E. GRANDE BLVD
TYLER, TX 75703
TELEPHONE (903) 509-1166 • FAX (903) 509-1167
**RESERVATIONS**
www.hilton.com or 1 800 HILTONS

**NAME & ADDRESS**

VILLAR, CHRISTOPHER

| | |
|---|---|
| ROOM | 339/K1RZ |
| ARRIVAL DATE | 4/6/2015   5:43:00PM |
| DEPARTURE DATE | 4/7/2015   4:08:00PM |
| ADULT/CHILD | 1/0 |
| ROOM RATE | $139.00 |
| RATE PLAN | L-T1 |
| Hhonors # | |
| AL: | |

CONFIRMATION NUMBER : 3170287243

4/29/2015     PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/6/2015 | GUEST ROOM | DANIELG | 685229 | $169.00 | | |
| 4/6/2015 | RM - STATE TAX | DANIELG | 665229 | $10.14 | | |
| 4/6/2015 | RM - CITY TAX | DANIELG | 685229 | $11.83 | | |
| 4/6/2015 | OCCUPANCY TAX | DANIELG | 685229 | $3.38 | | |
| 4/7/2015 | AX *1024 | AS1 | 685394 | | $194.35 | |
| | BALANCE | | | | | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 4/6/2015 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $194.35 | $194.35 |
| DAILY TOTAL | $194.35 | $194.35 |

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| AX *1024 | | 04/07/15  4:04:00PM | 182651 A |
| **CARD MEMBER NAME** | | **AUTHORIZATION** | **INITIAL** |
| VILLAR, CHRISTOPHER | | 125531 | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| | | **TOTAL AMOUNT** | |

F O L I O

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
**PAYMENT DUE UPON RECEIPT**



220 E. GRANDE BLVD
TYLER, TX 75703
TELEPHONE (903) 509-1166 • FAX (903) 509-1167
**RESERVATIONS**
www.hilton.com or 1 800 HILTONS

**NAME & ADDRESS**

MYLER, HARLEY
HARLEY MYLER PHD

| | |
|---|---|
| ROOM | 248/Q2RZ |
| ARRIVAL DATE | 4/7/2015 1:37:00PM |
| DEPARTURE DATE | 4/9/2015 11:25:00AM |
| ADULT/CHILD | 1/0 |
| ROOM RATE | $169.00 |
| RATE PLAN | L-T1 |
| Hhonors # | |
| AL: | UA #SW121442 |

CONFIRMATION NUMBER: 3170553608

4/29/2015   PAGE   1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/7/2015 | GUEST ROOM | TBORENS | 685554 | $169.00 | | |
| 4/7/2015 | RM - STATE TAX | TBORENS | 685554 | $10.14 | | |
| 4/7/2015 | RM - CITY TAX | TBORENS | 685554 | $11.83 | | |
| 4/7/2015 | OCCUPANCY TAX | TBORENS | 685554 | $3.38 | | |
| 4/8/2015 | GUEST ROOM | TBORENS | 685950 | $169.00 | | |
| 4/8/2015 | RM - STATE TAX | TBORENS | 685950 | $10.14 | | |
| 4/8/2015 | RM - CITY TAX | TBORENS | 685950 | $11.83 | | |
| 4/8/2015 | OCCUPANCY TAX | TBORENS | 685950 | $3.38 | | |
| 4/9/2015 | AX *1024 | BOBBIECR | 686139 | | $388.70 | |
| | BALANCE | | | | | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 4/7/2015 | 4/8/2015 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $194.35 | $194.35 | $388.70 |
| DAILY TOTAL | $194.35 | $194.35 | $388.70 |

F O L I O

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| AX *1024 | | 04/07/15  4:08:00PM | 182654 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| MYLER, HARLEY | | 129426 | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
**PAYMENT DUE UPON RECEIPT**



220 E. GRANDE BLVD
TYLER, TX 75703
TELEPHONE (903) 509-1166 • FAX (903) 509-1167
RESERVATIONS
www.hilton.com or 1 800 HILTONS

| NAME & ADDRESS | |
|---|---|
| UGONE, KEITH | |
| GET INFO | |
| TYLER, TX 75701 | |
| US | |

| | |  | |
|---|---|---|---|
| ROOM | 340/K1RZ | | |
| ARRIVAL DATE | 4/8/2015 | 5:15:00PM |
| DEPARTURE DATE | 4/9/2015 | 11:27:00AM |
| ADULT/CHILD | 1/0 | |
| ROOM RATE | $189.00 | |
| RATE PLAN | L-T1 | |
| Hhonors # | | |
| AL: | | |

CONFIRMATION NUMBER : 3171302773

4/29/2015    PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/8/2015 | GUEST ROOM | TBORENS | 685990 | $139.00 | | |
| 4/8/2015 | RM - STATE TAX | TBORENS | 685990 | $8.34 | | |
| 4/8/2015 | RM - CITY TAX | TBORENS | 685990 | $9.73 | | |
| 4/8/2015 | OCCUPANCY TAX | TBORENS | 685990 | $2.78 | | |
| 4/9/2015 | AX *1024 | KKELLIS | 686146 | | $159.85 | |
| | BALANCE | | | | | $0.00 |

**EXPENSE REPORT SUMMARY**

|  | 4/8/2015 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $159.85 | $159.85 |
| DAILY TOTAL | $159.85 | $159.85 |

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| AX *1024 | | 04/08/15  5:15:00PM | 182655 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| UGONE, KEITH | | 149163 | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| | | TOTAL AMOUNT | |

FOLIO

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
**PAYMENT DUE UPON RECEIPT**



# INVOICE

**ACE ATTORNEY SERVICE, Inc.**
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071

PARSONS BEHLE & LATIMER
ATTN: ACCOUNTS PAYABLE
800 W. MAIN STREET, SUITE 1300
BOISE, ID 83702

| Invoice No | Cust No |
|---|---|
| 139570 | 11002 |
| 11/07/14 | 3,297.02 |
| 3,297.02 | .00 |
| .00 | .00 |

BILLING INQUIRIES CALL
(213) 623-3979

| Cust No | Invoice No | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11002 | 139570 | 10/31/14 | 3,297.02 | 1 |

| Date | Order | Svc | Serv Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 10/16/14 PDF PROCESS | 1151214 THREE DAY | P3D | Caller: CATHY PONTAK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-01-14 8:00AM #210 | Ref No.: 20009.146<br>H LYNN TURNER<br><br>ADVANCE FEES $278.65<br><br>MSC=FEDEX=$25.00 | BASE :<br>ADVANCE :<br>CHK.CHARGE:<br>MISC. : | 250.00<br>278.65<br>27.87<br>25.00 | 581.52 |
| 10/16/14 PDF PROCESS | 1151217 THREE DAY | P3D | Caller: CATHY PONTAK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-01-14 8:00AM #210 | Ref No.: 20009.146<br>CHRISTOPHER M VILLAR<br><br>ADVANCE FEES $264.22 | BASE :<br>ADVANCE :<br>CHK.CHARGE: | 250.00<br>264.22<br>26.42 | 540.64 |
| 10/20/14 PDF PROCESS | 1152163 THREE DAY | P3D | Caller: CATHY PONTAK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>GREGORY T GRISSOM<br><br>DO NOT ADV W/F | BASE : | 250.00 | 250.00 |
| 10/20/14 PDF PROCESS | 1152164 THREE DAY | P3D | Caller: CATHY PONTAK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>JOAN MAIER<br><br>DO NOT ADV W/F<br>**RELATED TO 1152163<br>MSC=4 COPIES=$1.00 | BASE :<br>MISC. : | 75.00<br>1.00 | 76.00 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

**ACE ATTORNEY SERVICE, Inc.**
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071

| Invoice No. | Customer No. |
|---|---|
| 139570 | 11002 |
| Invc Date | Total Due |
| 11/07/14 | 3,297.02 |
| Current | Over 30 Days |
| 3,297.02 | .00 |
| Over 60 Days | 90 Days |
| .00 | .00 |

PARSONS BEHLE & LATIMER
ATTN: ACCOUNTS PAYABLE
800 W. MAIN STREET, SUITE 1300
BOISE, ID 83702

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11002 | 139570 | 10/31/14 | 3,297.02 | 2 |

| Date | Ord No | Svc | Service Detail | | Charges | | Total |
|---|---|---|---|---|---|---|---|
| 10/20/14 PDF PROCESS | 1152165 THREE DAY | P3D | Caller: CATHY PONTAK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br><br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>JOHN KAINER<br><br><br>DO NOT ADV W/F<br><br>**RELATED TO 1152163<br>MSC=4 COPIES=$1.00 | BASE :<br>MISC. : | 75.00<br>1.00 | 76.00 |
| 10/23/14 PDF PROCESS | 1153456 THREE DAY | P3D | Caller: JANELLE FINFROCK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br><br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>KEITH R UGONE, Ph.D.<br><br><br>DO NOT ADV W/F | BASE : | 250.00 | 250.00 |
| 10/23/14 PDF PROCESS | 1153457 THREE DAY | P3D | Caller: JANELLE FINFROCK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br><br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>HARLEY R MYLER, PhD | BASE : | 250.00 | 250.00 |
| 10/23/14 PDF PROCESS | 1153458 THREE DAY | P3D | Caller: JANELLE FINFROCK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br><br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>ALAN CONRAD BOVIK PhD | BASE : | 250.00 | 250.00 |

Continued

**INVOICE PAYMENT DUE UPON RECEIPT**


**ACE** ATTORNEY SERVICE, Inc.
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071

# INVOICE

| | |
|---|---|
| 139570 | 11002 |
| 11/17/14 | 3,297.02 |
| 3,297.02 | .00 |
| .00 | .00 |

PARSONS BEHLE & LATIMER
ATTN: ACCOUNTS PAYABLE
800 W. MAIN STREET, SUITE 1300
BOISE, ID 83702

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|---|
| 11002 | 139570 | 10/31/14 | 3,297.02 | 3 |

| Date | Ordr No | Svc | Service Detail | | | Ch | |
|---|---|---|---|---|---|---|---|
| 10/24/14 PDF PROCESS PRIORITY | 1153979 | PSD | Caller: JANELLE FINFROCK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br><br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM #210 | Ref No.: 20009.146<br>ROBERT MADDEROM<br><br><br><br>ADVANCE FEES $40<br><br>MSC=4 COPIES=$1.00 | BASE :  250.00<br>ADVANCE :  40.00<br>CHK.CHARGE:  4.00<br>MISC. :  1.00 | | 295.00 |
| 10/29/14 PROCESSPRIORITY | 1155126 | PSD | Caller: JANELLE FINFROCK<br>PARSONS BEHLE & LATIMER<br>800 W. MAIN STREET<br>BOISE<br><br>6:13-CV-366<br>GEORGETOWN V HOLLAND<br>USDC SUBP TO TESTIFY<br>11-10-14 8:00AM | Ref No.: 20009.146<br>MICHAEL KEVIN FLAHERTY<br><br><br><br>ADVANCE FEES $40 | BASE :  250.00<br>ADVANCE :  40.00<br>CHK.CHARGE:  4.00 | | 294.00 |

Total Charges for Ref. - 20009.146:   2,863.16

## INVOICE PAYMENT DUE UPON RECEIPT