# Exhibit 6

**Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in this case [28 U.S.C. § 1920(4)]**

# The Litigation Document Group



**DBA: Orange Legal Technologies**
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 12/31/2013 | 15995 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 1/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | For Services Provided - December 2013 | | |
| 212 | OCR of Documents w/out Extractable Text - Per Page | 0.03 | 6.36T |
| 1 | Image and Load File Acceptance of Data into OneO | 250.00 | 250.00T |
| 120 | Production from OneO Review of TIFF Images | 0.025 | 3.00T |
| 120 | Electronic Bates Branding - Per Page | 0.01 | 1.20T |
| 4 | DVD - Copy | 15.00 | 60.00T |
| 0.3 | Monthly Hosting Fee for OneO Review - December 2013 | 20.00 | 6.00 |
| 0.2 | Monthly Hosting Fee for OneO Review - Productions Database - December 2013 | 20.00 | 4.00 |
| 2 | Monthly User License Fee - December 2013 | 45.00 | 90.00T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: 1/24/14

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.85%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# INVOICE

 **IRON MOUNTAIN**®

INVOICE NO: N4203483
INVOICE DATE: 4/16/2014
CUSTOMER NO:
INVOICE DUE DATE: 4/17/2014

P.O. #:

*For questions or inquires about this invoice*
*please contact:* Elise Garner at (770) 225-8112
U.S. Federal Tax ID Number 75-1866918

**Remittance Address:**

Iron Mountain Intellectual Property Mgt
PO BOX 27131
New York, NY 10087-7131

**TO:** Greg Grissom
Georgetown Rail Equipment Company
111 Cooperative Way, Suite 100
Georgetown, TX 78626

| FOR INTELLECTUAL PROPERTY MANAGEMENT | AMOUNT |
|---|---|
| Coverage from 04/11/2014 through 04/10/2015 | |
| eDiscovery Escrow Depositor<br>Depositor 44151-58971 Georgetown Rail Equipment Company<br>Account Name Georgetown Rail Equipment Company Source Code | $1,500.00 |
| eDiscovery Escrow Storage Fee<br>Depositor 44151-58971 Georgetown Rail Equipment Company<br>Account Name Georgetown Rail Equipment Company Source Code | $4,500.00 |
| eDiscovery Escrow Accessing Party<br>Depositor 44151-58971 Georgetown Rail Equipment Company<br>Account Name Georgetown Rail Equipment Company Source Code<br>Beneficiary 44151-58972 Holland L.P. | WAIVED |
| eDiscovery Escrow Facility Usage<br>5.00 days at $450.00/day | $2,250.00 |

**Correspondence Address:**

Iron Mountain Intellectual Property Mgt
2100 Norcross Parkway, Suite 150
Norcross, GA 30071

| | |
|---|---|
| SUB-TOTAL: | $8,250.00 |
| DISCOUNT/ SURCHARGE | |
| PAYMENT RECEIVED | |
| **TOTAL DUE:** | $8,250.00 |

# Invoice



**Strategic Document Solutions, Inc.**
29 South LaSalle St.
Suite 1250
Chicago, Illinois 60603
312.263.1040

| Date | Invoice # |
|------|-----------|
| 4/24/2014 | 11561 |

Parsons Behle LLP
800 W. Main Street
Suite 1300
Chicago, IL 83702
Attn: Ms. Janelle Finfrock



| Rep |
|-----|
| H |

| Client Matter/Ref. | Terms |
|---------------------|-------|
| 20009.146, Georgetown v. | Due on receipt |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 482 | Legal 8.5"x11" blowbacks | 0.10 | 48.20 |
| 874 | Legal 8.5"x11" Color Blowbacks | 0.75 | 655.50 |
| 9 | Custom Redwelds | 8.00 | 72.00 |
| 107 | Custom File Folders | 1.75 | 187.25 |
| | **20009.146, Georgetown v. Holland.**<br>Requested by Janelle 4/17/14 | | |

THANK YOU FOR YOUR BUSINESS!

**Total**     $962.95

Tax ID: 33-1216183      Please make check payable to: Strategic Document Solutions, Inc.

# The Litigation Document Group



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
| --- | --- |
| 4/30/2014 | 16777 |

| Bill To | Ship To |
| --- | --- |
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
| --- | --- | --- | --- | --- |
| 01464 | Georgetown v Holland | 5/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | For Services Provided - Apriil 2014 | | |
| 32.9 | Index and Search Data | 50.00 | 1,645.00 |
| 3.8 | Processing for OneO Review | 195.00 | 741.00 |
| 69 | OCR of Documents w/out Extractable Text | 0.025 | 1.73T |
| 0.2 | Data Normalization and Load File Acceptance of Data into OneO | 75.00 | 15.00T |
| 10.5 | Monthly Hosting Fee for OneO Review - April 2014 | 20.00 | 210.00 |
| 1.7 | Monthly Hosting Fee for OneO Review - Productions Database - April 2014 | 20.00 | 34.00 |
| 7 | Monthly User License Fee - April 2014 | 45.00 | 315.00T |
| | One-O Discount - Up to 3 free user accounts. | -135.00 | -135.00 |
| 4 | CD - Master | 15.00 | 60.00T |
| 170 | Production from OneO Review of TIFF Images | 0.025 | 4.25T |
| 529 | Production from OneO Review of TIFF Images - Color | 0.04 | 21.16T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature:_____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
| --- | --- |
| Subtotal | |
| Sales Tax (6.85%) | |
| Total | |
| Payments/Credits | |
| Balance Due | |

**The Litigation Document Group**



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/30/2014 | 16777 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 5/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 527 | Production from OneO Review of Various Confidential Language Endorsements | 0.01 | 5.27T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|--|--|
| **Subtotal** | |
| **Sales Tax (6.85%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# The Litigation Document Group



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/30/2014 | 16777 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 5/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2.85 | Case Management & Administration -<br>Malea Moreira - 4/9/2014 - 0.5 hrs. - Communications with client regarding custodians for data received on hard drives. Call with D. Arthur to discuss same.<br>Malea Moreira - 4/16/2014 - 0.85 hrs. - Create pre-production set as per client specs. Resolve potential issues with client. Confirm production specs.<br>Malea Moreira - 4/17/2014 - 0.25 hrs. - Research document to determine why it had not previously been produced.<br>Malea Moreira - 4/18/2014 - 0.25 hrs. - Review production load files and confirm that native file and OCR paths were provided.<br>Malea Moreira - 4/24/2014 - 0.35 hrs. - Search in database for documents tagged to produce which have not yet been produced. Report same to client. Create review set of newly loaded opposing party data.<br>Malea Moreira - 4/28/2014 - 0.65 hrs. - Create review set of newly loaded data. Create pre-production as per client specs. Resolve potential issues with client and confirm production specs. | 175.00 | 498.75 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.85%) | |
| Total | |
| Payments/Credits | |
| Balance Due | |

**The Litigation Document Group**



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 4/30/2014 | 16777 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 5/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | OneO Technical Support -<br>John Waldrop - 4/21/2014 - 1 hrs. - #10459 Move production to productions db | 175.00 | 175.00T |
| 1.25 | OneO Training -<br>Training - Malea Moreira - 4/22/2014 - 0.25 hrs. - Communications with client regarding creating search sets in OneO.<br>Training - Malea Moreira - 4/24/2014 - 1 hrs. - OneO Training Orientation. | 175.00 | 218.75 |
| | One-O Discount (First 2 hours of training free) | -100.00% | -218.75 |
| 33.5 | Shipping & Delivery -<br>FedEx to Janelle Finfrock - Tracking no.: 798585800470<br>FedEx to Edward Bishop - Tracking no.: 798585859450 | 1.00 | 33.50 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | $3,624.66 |
| **Sales Tax (6.85%)** | $39.89 |
| **Total** | $3,664.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,664.55 |

Please send payment to:

# STREAMLINE
*imaging*

919 SW Taylor Street 6th Floor
Portland, OR 97205
Contact Us:
(503)-244-2333 Portland, OR
(208)-424-3355 Boise, ID

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/30/2014 | 1513 |

**Bill To**

Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, Idaho 83702

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|------------|-------|---------|----------------|-------------|--------------------|
| Janelle | Net 15 | 20-2604733 | SLB052014036 | SS | Georgetown Rail |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Electronic bates numbers | 44 | 0.01 | 0.44 |
| Electronic annotations | 44 | 0.01 | 0.44 |
| OCR | 44 | 0.03 | 1.32 |
| Labor to convert native files (other than PDF) to .tiff with metadata | 44 | 0.04 | 1.76 |
| Creation of CD for client including database load files | 4 | 15.00 | 60.00T |
| | | **Total Tax (6.0%)** | $3.60 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | $67.56 |
|---|---|---|

Signature _____  Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

# The Litigation Document Group



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

## INVOICE

| Date | Invoice # |
|---|---|
| 5/31/2014 | 16982 |

| Bill To | Ship To |
|---|---|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|---|---|---|---|---|
| 01464 | Georgetown v Holland | 6/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | For Services Provided - May 2014 | | |
| 0.4 | Processing for OneO Review - May 2014 | 195.00 | 78.00 |
| 16 | OCR of Documents w/out Extractable Text - Per Page | 0.025 | 0.40T |
| 10.5 | Monthly Hosting Fee for OneO Review - May 2014 | 20.00 | 210.00 |
| 1.9 | Monthly Hosting Fee for OneO Review - Productions Database - May 2014 | 20.00 | 38.00 |
| 8 | Monthly User License Fee - May 2014 | 45.00 | 360.00T |
| | One-O Discount - Up to 3 free user accounts. | -135.00 | -135.00 |
| 327,584 | Production from OneO Review of TIFF Images - Color - Per Page | 0.04 | 13,103.36T |
| 328,137 | Production from OneO Review of TIFF Images - Non Color - Per Page | 0.025 | 8,203.43T |
| 652,889 | Production from OneO Review of Various Confidential Language Endorsements - Per Page | 0.01 | 6,528.89T |
| 205 | Production from OneO Review of Native Files - Per Document | 0.10 | 20.50T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature:_____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.85%) | |
| Total | |
| Payments/Credits | |
| **Balance Due** | |

# The Litigation Document Group

DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566



FED ID # 20-4165266

## INVOICE

| Date | Invoice # |
|------|-----------|
| 5/31/2014 | 16982 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 6/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3.15 | Case Management & Administration -<br>Malea Moreira - 5/1/2014 - 0.35 hrs. - Review document to ascertain its source.<br>Malea Moreira - 5/9/2014 - 0.5 hrs. - Call with client and call with D. Arthur re collection of email data.<br>Malea Moreira - 5/13/2014 - 0.3 hrs. - Communications with client re production format from opposing and processing of NSF files.<br>Malea Moreira - 5/22/2014 - 0.75 hrs. - Create pre-production set from specified documents. Identify and resolve potential issues with client. Create final production set.<br>Malea Moreira - 5/23/2014 - 0.5 hrs. - Create additional pre-production /production set as per client request and submit with current production in process. Identify and resolve potential issues with client.<br>Malea Moreira - 5/28/2014 - 0.75 hrs. - Create pre-production set from specified documents. Identify and resolve potential issues with client. Create final production set. | 175.00 | 551.25 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature:_____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.85%) | |
| Total | |
| Payments/Credits | |
| **Balance Due** | |

# The Litigation Document Group



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|---|---|
| 5/31/2014 | 16982 |

| Bill To | Ship To |
|---|---|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|---|---|---|---|---|
| 01464 | Georgetown v Holland | 6/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | OneO Technical Support -<br>Ed Chemleski - 5/7/2014 - 1 hrs. - #10665 Move production to productions db | 175.00 | 175.00T |
| 1 | OneO Training -<br>Malea Moreira - 5/13/2014 - 1 hrs. - OneO training of Robert DeLong | 175.00 | 175.00 |
| | One-O Discount (First 2 hours of training free) | -100.00% | -175.00 |
| 48.08 | Shipping & Delivery -<br>Edward L. Bishop: Tracking no.: 798758961591 ($18.64)<br>Janelle Finfrock: Tracking no.: 798759136893 ($14.72)<br><br>Tracking no.: 770008442357 | 1.00 | 48.08 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| Subtotal | $29,181.91 |
| Sales Tax (6.85%) | $1,939.97 |
| Total | $31,121.88 |
| Payments/Credits | $0.00 |
| Balance Due | $31,121.88 |

Please send payment to:

# STREAMLINE
*imaging*

919 SW Taylor Street 6th Floor
Portland, OR 97205

Contact Us:
(503)-244-2333 Portland, OR
(208)-424-3355 Boise, ID

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2014 | 1531 |

| Bill To |
|---------|
| Parsons Behle & Latimer<br>800 West Main Street, Suite 1300<br>Boise, Idaho 83702 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|------------|-------|---------|----------------|-------------|--------------------|
| Janelle | Net 15 | 20-2604733 | SLB062014028 | SS | GREX |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| GREX_MAG001<br>Color Scanning | 124 | 0.25 | 31.00 |
| Summation & Concordance OCR | 124 | 0.03 | 3.72 |
| Adobe OCR | 124 | 0.03 | 3.72 |
| Creation of Summation/Concordance Load File & Searchable PDF CD | 2 | 10.00 | 20.00T |
| | | **Total Tax (6.0%)** | $1.20 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | $59.64 |
|---|---|---|

Signature _____   Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

Please send payment to:

# STREA✦LINE
*imaging*

919 SW Taylor Street 6th Floor
Portland, OR 97205
Contact Us:
(503)-244-2333 Portland, OR
(208)-424-3355 Boise, ID

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/11/2014 | 1553 |

| Bill To |
|---------|
| Parsons Behle & Latimer
800 West Main Street, Suite 1300
Boise, Idaho 83702 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|------------|-------|---------|----------------|-------------|---------------------|
| Janelle | Net 15 | 20-2604733 | SLB072014005 | SS | GREX |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Color Scanning | 112 | 0.25 | 28.00 |
| Electronic bates numbers | 112 | 0.01 | 1.12 |
| OCR | 112 | 0.03 | 3.36 |
| Adobe OCR | 112 | 0.03 | 3.36 |
| Creation of CD's with Summation Load Files and PDF files | 2 | 10.00 | 20.00T |
| | | **Total Tax (6.0%)** | $1.20 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | **$57.04** |
|---|---|---|

Signature _____    Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

# The Litigation Document Group



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|---|---|
| 7/31/2014 | 17364 |

| Bill To | Ship To |
|---|---|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|---|---|---|---|---|
| 01464 | Georgetown v Holland | 8/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | For Services Provided - July 2014 | | |
| 1.1 | Processing for OneO Review - July 2014 | 195.00 | 214.50 |
| 6 | OCR of Documents w/out Extractable Text - Per Page | 0.025 | 0.15T |
| 0.4 | Data Normalization and Load File Acceptance of Data into OneO. | 75.00 | 30.00T |
| 106.5 | Monthly Hosting Fee for OneO Review - July 2014 | 20.00 | 2,130.00 |
| 3.4 | Monthly Hosting Fee for OneO Review - Productions Database - July 2014 | 20.00 | 68.00 |
| 8 | Monthly User License Fee - July 2014 | 45.00 | 360.00T |
| | One-O Discount - Up to 3 free user accounts. | -135.00 | -135.00 |
| 2 | CD - Master | 15.00 | 30.00T |
| 242 | Production from OneO Review of TIFF Images | 0.03 | 7.26T |
| 706 | Production from OneO Review of TIFF Images - In Color | 0.04 | 28.24T |
| 832 | Production from OneO Review of Various Confidential Language Endorsements | 0.01 | 8.32T |
| 20 | Production from OneO Review of Native Files | 0.10 | 2.00T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.85%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# The Litigation Document Group

DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566



FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/31/2014 | 17364 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 8/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.4 | Case Management & Administration<br>7/1/14 - 0.35 hrs. - Malea Moreira - Re-create pre-production set as per client request. Create production set.<br>7/8/14 - 0.7 hrs. - Malea Moreira - Compare production tiff to native file to determine if tiff was cut-off. Communications with client re same. Create pre-production set as per client criteria and release for client approval. Create production set.<br>7/16/14 - 0.35 hrs. - Malea Moreira - Communications with client regarding duplicate documents / files received in the opposing party production and preferred handling of same. | 175.00 | 245.00 |
| 0.5 | OneO Technical Support -<br>7/25/2014 - 0.5 hrs. - Brent Westenfelt - #11601 Overlay data into OneO Review - Prod db | 250.00 | 125.00T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.85%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**The Litigation Document Group**



# INVOICE

| Date | Invoice # |
|------|-----------|
| 7/31/2014 | 17364 |

DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 8/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 33.36 | Shipping & Delivery -<br>Janelle Finfrock:<br>Tracking no.: 770570597756<br><br>Edward Bishop<br>Tracking no.: 770570671840 | 1.00 | 33.36 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature:_____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|--|--|
| **Subtotal** | $3,146.83 |
| **Sales Tax (6.85%)** | $39.19 |
| **Total** | $3,186.02 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,186.02 |

Please send payment to:

**STREAMLINE** imaging

919 SW Taylor Street 6th Floor
Portland, OR 97205

Contact Us:
(503)-244-2333 Portland, OR
(208)-424-3355 Boise, ID

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2014 | 1593 |

| Bill To |
|---------|
| Parsons Behle & Latimer<br>800 West Main Street, Suite 1300<br>Boise, Idaho 83702 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|------------|-------|---------|----------------|-------------|--------------------|
| Janelle | Net 15 | 20-2604733 | SLB082014020 | SS | GREX |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Labor to convert PDF to .tiff images | 46 | 0.04 | 1.84 |
| Electronic bates numbers | 46 | 0.01 | 0.46 |
| OCR | 46 | 0.03 | 1.38 |
| Creation of Concordance and PDF discs | 2 | 10.00 | 20.00T |
| | | **Total Tax (6.0%)** | $1.20 |

| Thank you for choosing Streamline Imaging. We appreciate your business! | **Total** | **$24.88** |
|---|---|---|

Signature _____ Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

# The Litigation Document Group

**RANGE** LEGAL TECHNOLOGIES

DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

| | |
|---|---|
| **INVOICE** | |
| Date | Invoice # |
| 8/31/2014 | 17642 |

FED ID # 20-4165266

| Bill To | Ship To |
|---|---|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>800 West Main Street, Ste. 1300<br>Boise, Idaho 83702 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|---|---|---|---|---|
| 01464 | Georgetown v Holland | 9/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | For Services Provided - August 2014 | | |
| 0.7 | Processing for OneO Review - August 2014 | 195.00 | 136.50 |
| 116 | OCR of Documents w/out Extractable Text - Per Page | 0.025 | 2.90T |
| 0.1 | Data Normalization and Load File Acceptance of Data into OneO | 75.00 | 7.50T |
| 107.9 | Monthly Hosting Fee for OneO Review - August 2014 | 20.00 | 2,158.00 |
| 3.8 | Monthly Hosting Fee for OneO Review - Productions Database - August 2014 | 20.00 | 76.00 |
| 12 | Monthly User License Fee - August 2014 | 45.00 | 540.00T |
| | One-O Discount - Up to 3 free user accounts. | -135.00 | -135.00 |
| 5 | CD - Master | 15.00 | 75.00T |
| 675 | Production from OneO Review of TIFF Images - In Color | 0.04 | 27.00T |
| 340 | Production from OneO Review of Various Confidential Language Endorsements | 0.01 | 3.40T |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.85%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**The Litigation Document Group**



DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566

FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/31/2014 | 17642 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>800 West Main Street, Ste. 1300<br>Boise, Idaho 83702 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 9/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3.75 | Case Management and Administration -<br>8/13/2014 - 0.25 hrs. - Scott Hortin - Creation of production set based on the clients instructions and emails about the specs.<br>8/14/2014 - 0.25 hrs. - Scott Hortin - Creation of production set per the clients instructions.<br>8/14/2014 - 0.5 hrs. - Scott Hortin - Communications with the client about the production being completed and how they wanted to change it and add other documents.<br>8/15/2014 - 0.25 hrs - Scott Hortin - Communications with the client about the production and the bates numbers that we used.<br>8/28/2014 - 1.75 hrs. - Scott Hortin - Printed documents from list provided by client. Sent to client via FTP site.<br>8/29/2014 - 0.75 hrs. - Scott Hortin - Printing of additional trial exhibit documents and posting them to the FTP site. | 175.00 | 656.25 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature:_____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax (6.85%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**The Litigation Document Group**

DBA: Orange Legal Technologies
30 East Broadway, Suite 300
Salt Lake City, UT 84111
(801) 328-4566



FED ID # 20-4165266

# INVOICE

| Date | Invoice # |
|------|-----------|
| 8/31/2014 | 17642 |

| Bill To | Ship To |
|---------|---------|
| Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>800 West Main Street, Ste. 1300<br>Boise, Idaho 83702 | Parsons Behle & Latimer<br>Attn: Janelle Finfrock<br>960 Broadway Avenue, Suite 250<br>Boise, Idaho 83706 |

| OLT Job # | Client Matter # | Due Date | Terms | Account Manager |
|-----------|-----------------|----------|-------|-----------------|
| 01464 | Georgetown v Holland | 9/30/2014 | Net 30 | RC |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | OneO Technical Support -<br>8/20/2014 - 1 hrs. - John Waldrop - #11917 Move production to productions db | 250.00 | 250.00T |
| 33.36 | Shipping & Delivery -<br>Janelle Finfrock<br><br>Tracking No.: 770847952085 ($14.72)<br><br><br>Edward L. Bishop<br><br>Tracking No.: 770848010459 ($18.64) | 1.00 | 33.36 |

By signing below, you agree that the items listed above and originals have been delivered.

Signature: _____

Date: _____

The requesting party named on this invoice is ultimately responsible for payment, regardless of whether it is passed along to a third party.

| | |
|---|---|
| **Subtotal** | $3,830.91 |
| **Sales Tax (6.85%)** | $60.30 |
| **Total** | $3,891.21 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,891.21 |

Please send payment to:

## STREAMLINE
*imaging*
919 SW Taylor Street 6th Floor
Portland, OR 97205
Contact Us:
(503)-244-2333 Portland, OR
(208)-424-3355 Boise, ID

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2014 | 1647 |

| Bill To |
|---------|
| Parsons Behle & Latimer<br>800 West Main Street, Suite 1300<br>Boise, Idaho 83702 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
|------------|-------|---------|----------------|-------------|--------------------|
| Janelle F. | Net 15 | 20-2604733 | SLB092014030 | SS | GREX |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Custom Exhibit labels per PDF exhibit | 2,582 | 0.04 | 103.28 |
| Digital Exhibit Labeling | 235 | 0.75 | 176.25 |
| B&W Click and Print Files (1181 pages per Judge/Clerk copy - 1549 per Attorney Limited Color copy) | 5,460 | 0.10 | 546.00T |
| Color Printing (1401 pages per Judge/Clerk copy - 1033 per Attorney Limited Color copy) | 4,868 | 0.25 | 1,217.00T |
| | | **Total Tax (6.0%)** | $105.78 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | **$2,148.31** |
|---|---|---|

Signature _____   Date _____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

Please send payment to:

# Invoice

**STREAMLINE**
*imaging*
919 SW Taylor Street 6th Floor
Portland, OR 97205
Contact Us:
(503)-244-2333 Portland, OR
(208)-424-3355 Boise, ID

| Date | Invoice # |
| --- | --- |
| 10/31/2014 | 1680 |

| Bill To |
| --- |
| Parsons Behle & Latimer<br>800 West Main Street, Suite 1300<br>Boise, Idaho 83702 |

| Ordered By | Terms | Fed ID# | Project Number | Account Mgr | Billing / Matter # |
| --- | --- | --- | --- | --- | --- |
| Janelle | Net 15 | 20-2604733 | SLB102014038 | SS | GREX |

| Description | Quantity | Price Each | Amount |
| --- | --- | --- | --- |
| Additional set of Plaintiff exhibits<br>Manual File Printing | 1,549 | 0.10 | 154.90T |
| Color Printing | 1,033 | 0.25 | 258.25T |
| Scanning of DX exhibits<br>B&W Scanning | 3,815 | 0.15 | 572.25 |
| Color Scanning | 213 | 0.25 | 53.25 |
| Adobe OCR | 4,028 | 0.03 | 120.84 |
| Match exhibit numbering | 233 | 0.25 | 58.25 |
| Creation of PDF's with searchable index | 1 | 15.00 | 15.00T |
| | | **Total Tax (6.0%)** | $25.69 |

| Thank you for choosing Streamline Imaging.  We appreciate your business! | **Total** | **$1,258.43** |
| --- | --- | --- |

Signature _____    Date_____

A finance charge of 18% annually (1.5% monthly) will be charged if the total payment is not received by the due date.

# 3 B studio inc.
Litigation Graphics & Technology Firm

405 Main Street, #1100
Houston, Texas 77002

November 25, 2014

*Sent Via Fedex*

Dana Herberholz
Parsons Behle & Latimer
800 W. Main St. Suite 1300
Boise, Idaho 83702

    *Re: GREX v. Holland*

Dear Dana:

The enclosed fees are for work performed on the above referenced matter. In addition, any expenses involved while performing the work are included as well.

---

**Invoice Total**

These fees and expenses are inclusive through November 4, 2014, and are complete for all work and expenses performed on the project to date.

### Invoice Total: $7,871.50

---

**Invoice Summary**

**Fees**

3B Studio bills at an hourly rate based upon the task being performed. Below are the total fees for the tasks performed during the time for this invoice:

| | |
|---|---|
| Graphics Design<br>Rate: $180.00 hr<br>Hours: 36.75 | $6,615.00 |

| | |
|---|---|
| Graphics Consultant | $1,170.00 |
| Rate: $195.00 hr | |
| Hours: 6 | |
| | |
| **Total For Fees** | **$7,785.00** |

**Expenses**

| | |
|---|---|
| **Job Related Expenses** | $86.50 |
| *Prints* | |

Dana, we at 3B Studio appreciate the opportunity to have served you and your client on this matter.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453



**KTS**
LITIGATION
SUPPORT SERVICES
A Company of Kelly Technical Services, LLC

P.O. Box 6936
Tyler, TX 75711
Phone: (903) 533-9559
Fax: (903) 526-2233
EIN: 75-2932346

**OUR ADDRESS HAS CHANGED. PLEASE MAKE NOTE OF THE NEW ADDRESS AND SEND PAYMENTS ACCORDINGLY.**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/6/2015 | 9888 |

**BILL TO**

Parsons Behle & Latimer
Attn: Janelle Finfrock
800 West Main Street, Suite 1300
Boise, Idaho 83702

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| | | GREX v. Holland |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2,534 | 8.5x11 B&W blow backs | 0.08 | 202.72T |
| 2,834 | 8.5 x 11 color copies | 0.95 | 2,692.30T |
| 500 | Legal exhibit divider (number) assembled into documents | 0.55 | 275.00T |
| 8 | 3 ring binder (4") | 27.50 | 220.00T |
| | Sales Tax | 8.25% | 279.68 |

We Accept Major Credit Cards

**Total** $3,669.70

If full payment is not received within specified terms, financing charges and/or late fees may begin to accrue at the discretion of KTS management. Please be advised that the person or entity in the "Bill To" portion of this invoice is responsible for any and all payments herein referenced, regardless of whether invoiced amounts are ultimately posted to the account of your client or other third party.

Customer Acceptance Signature: _____     Date: _____

April 24, 2015

*Sent Via Fedex*

Dana Herberholz
Parsons Behle & Latimer
800 W. Main St. Suite 1300
Boise, Idaho 83702

> Re: *GREX v. Holland*

Dear Dana:

The enclosed fees are for work performed on the above referenced matter. In addition, any expenses involved while performing the work are included as well.

---

**Invoice Total**

These fees and expenses are inclusive through April 9, 2015, and are complete for all work and expenses performed on the project to date.

### Invoice Total:                    $4,230.00

---

**Invoice Summary**

**Fees**

3B Studio bills at an hourly rate based upon the task being performed. Below are the total fees for the tasks performed during the time for this invoice:

| | |
|---|---|
| Graphics Design | $4,230.00 |
| Rate: $180.00 hr | |
| Hours: 23.5 | |



**Total For Fees:**         $4,230.00

Expenses:

**No Job Related Expenses**

Dana, we at 3B Studio appreciate the opportunity to have served you and your client on this matter.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453